## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TONYA THOMASON**                                                    **PLAINTIFF**

**V.**                            **NO. 3:19-CV-285-JTR**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**


## ORDER

Pending before the Court is Plaintiff Tonya Thomason's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 23.* The motion is unopposed. *Doc. 25.*

Plaintiff's attorney, Nicholas Coleman, requests a total award of **$5,251.25** (which sum includes 25.5 attorney hours at an hourly rate of $205 and expenses of $23.75). The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *Doc. 23*, is GRANTED. Plaintiff is awarded **$5,251.25** in fees and expenses under the EAJA.[1]

---

[1]   Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

IT IS SO ORDERED, this 11th day of February, 2021.

_____

UNITED STATES MAGISTRATE JUDGE